UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DERRICK DEVON SCOTT,

    Defendant-Movant,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.
_____/

Case No. 1:23-cv-902

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.

Dated:   October 18, 2024              /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge